EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| DAVID J. COOK, ESQ. SBN 060859<br>COOK COLLECTION ATTORNEYS (PLC)<br>165 Fell Street, San Francisco, CA 94102<br>Mailing: PO Box 270<br>San Francisco, CA 94104  File No. 53791<br>TELEPHONE NO.: 415 989 4730   FAX NO. *(Optional)*: 415 989 0491<br>E-MAIL ADDRESS *(Optional)*: Cook@squeezebloodfromturnip.com<br>ATTORNEY FOR *(Name)*: Plaintiff<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US DIST. COURT
STREET ADDRESS: NORTHERN DISTRICT
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Central Branch

PLAINTIFF: J & J SPORTS PRODUCTIONS, INC.

DEFENDANT: MICHAEL DAVID CARDOZE, individually and d/b/a MIKE'S BAR & GRILL

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property  [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>3:09-cv-04944-SC |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** NORTHERN DISTRICT OF CALIFORNIA
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name)*: J & J SPORTS PRODUCTIONS, INC.
   is the [X] judgment creditor  [ ] assignee of record    whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*

   MICHAEL DAVID CARDOZE, individually
   and d/b/a MIKE'S BAR & GRILL
   25037 Clawiter Road
   Hayward, CA 94545

   9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
   10. [ ] This writ is issued on a sister-state judgment.
   11. Total judgment ............................. $    9,687.19
   12. Costs after judgment (per filed order or memo CCP 685.090) ................. $        0.00
   13. Subtotal *(add 11 and 12)* ............. $    9,687.19
   14. Credits .................................. $        0.00
   15. Subtotal *(subtract 14 from 13)* ....... $    9,687.19

   [ ] Additional judgment debtors on next page
5. **Judgment entered on** *(date)*: 10/04/2010
6. [ ] **Judgment renewed on** *(dates)*:

   16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ... $   0.00
   17. Fee for issuance of writ ................. $        0.00
   18. **Total** *(add 15, 16, and 17)* ........... $    9,687.19

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

   19. Levying officer:
   (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of 0.24% .... $  0.06
   (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) .............. $   0.00
   20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]   RICHARD W. WIEKING

Issued on *(date)*: 11/17/10    Clerk, by ALFRED AMISTOSO , Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010
Government Code, § 6013.5