IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) Case No. 09-4944 SC |
| Plaintiff, | ) ORDER DEFERRING RULING ON |
| v. | ) MOTION TO APPOINT RECEIVER; |
|  | ) <u>ORDER TO SHOW CAUSE</u> |
| MICHAEL DAVID CARDOZE, individually, and d/b/a MIKES BAR & GRILL, | ) |
| Defendant. | ) |

Presently before the Court is a Motion for Appointment of Receiver of Liquor License brought by J & J Sports Productions, Inc. ("Plaintiff") and against Defendant Michael David Cardoze individually and doing business as Mikes Bar & Grill ("Defendant"). ECF No. 35 ("Mot."). On October 4, 2010, this Court entered default judgment in favor of Plaintiff against Defendant in the amount of $9,687.19. Defendant has since refused to make any payment to satisfy the judgment. Mot. at 5. Plaintiff now asks the Court to appoint a receiver to take possession of Defendant's liquor license and sell it to satisfy the judgment as authorized by section 708.630 of the California Code of Civil Procedure. Mot. at 3. Plaintiff asks that Defendant be prohibited from continuing to operate its business pending the sale of the liquor license. <u>Id</u>.

1      Defendant Michael David Cardoze is hereby ORDERED to show
2 cause why the Court should not appoint a receiver to sell
3 Defendant's liquor license and shut down Mikes Bar & Grill pending
4 the sale.  Defendant must show cause in writing no later than
5 Monday, April 11, 2011.  The Show-Cause Hearing is scheduled for
6 Friday, April 15, 2011, at 10:00 a.m. in Courtroom 1, on the 17th
7 floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA
8 94102.  The Court will issue a ruling on Plaintiff's Motion to
9 Appoint a Receiver after the Show-Cause Hearing.
10     Plaintiff J & J Sports Productions, Inc. shall serve a copy of
11 this Order on Defendant Michael David Cardoze and file a Proof of
12 Service no later than five (5) days from the date of this Order.

15     IT IS SO ORDERED.

17     Dated: April 1, 2011                    _____
18                                             UNITED STATES DISTRICT JUDGE

2